THOMAS GARDINER, SHERIFF,

v.

JOHN W. BUNN & COMPANY.

*Practice—Second Appeal—Defective Possession by Sheriff—Rights of Third Parties.*

1.  Upon a second appeal this court declines to reconsider the questions passed upon when the case was here before.

2.  Although the original possession of goods by a Sheriff may have been defective, third parties can not complain if such possession was perfected by a legal and complete levy before their rights attached.

[Opinion filed February 17, 1887.]

IN ERROR to the Circuit Court of De Witt County; the Hon. GEORGE W. HERDMAN, Judge, presiding.

Messrs. MOORE & WARNER, for plaintiff in error.

Mr. JOSEPH M. GROUT, for defendants in error.

*Per Curiam.* This case was before us at the November Term, 1885, and is reported in 18 Ill. App. 94, when the judgment of the Circuit Court was reversed and the cause remanded.

Upon a second trial the court below proceeded upon the theory of the law held by this court, and we are now asked by appellant to review the same questions that were passed upon when the case was here before. We decline to do so.

Appellee assigns as cross error the holding of the court below as to the Pettingall execution, but we think such holding was correct.

However defective the possession of the stock of goods by the Sheriff may have been originally, it was perfected by a legal and complete levy and possession before appellee's rights attached.

The judgment of the Circuit Court will be affirmed.

*Judgment affirmed.*